**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------------x
                                                   :
IN RE OLYMPIC FINANCIAL, LTD.    :    Civil File No. 97-496 (MJD/JGL)
SECURITIES LITIGATION                 :    Class Action
                                                   :
---------------------------------------------------x
                                                   :
THIS DOCUMENT RELATES TO:        :    ORDER
ALL ACTIONS.                                  :
                                                   :
---------------------------------------------------x

Having received notice from Plaintiffs' Co-Lead Counsel that the payments authorized by the February 10, 2006 Order Directing Payment of Final Expenses of Settlement Administration and Distribution of the Remaining Settlement Fund have been made, and pursuant to paragraph (4) thereof, the court file in this matter is hereby closed.

**IT IS SO ORDERED**.

Dated: April 12, 2006

                                                           s / Michael J. Davis
                                                           The Honorable Michael J. Davis
                                                           United States District Judge

55554